UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

VONDA COULBOURN                   :
7758 Mandan Road
Greenbelt, Maryland 20770         :


                        Plaintiff :

   v.                             :   **Case No.:**

JON NIEBES COMON                  :
6932 W. Tonto Drive
Glendale, Arizona 85308           :

                       Defendant  :
_____

### COMPLAINT

Plaintiff, Vonda Coulbourn, by her attorney, Deborah L. Potter, hereby files suit against the Defendant, Jon Niebes Comon, and for reasons, state as follows:

### INTRODUCTION

1. On or about June 11, 2019, Plaintiff, Vonda Coulbourn, was the operator of a vehicle traveling on Interstate 495 at Connecticut Avenue.

2. At that same time and place, a vehicle driven by the Defendant, Jon Niebes Comon, made an improper lane change, striking Plaintiff's vehicle, dragging Plaintiff's car down the highway.

3. At all times relevant herein, the Plaintiff, Vonda Coulbourn, was exercising due care, and was free of negligence.

## COUNT I

4. Plaintiff, Vonda Coulbourn, realleges the facts and allegations set forth in the Introduction, and further states as follows:

5. The negligence of the Defendant, Jon Niebes Comon, was the proximate cause of the accident in that said Defendant negligently failed to yield the right-of-way, negligently failed to keep proper control of his vehicle, negligently failed to keep a proper lookout for other vehicles, and was otherwise careless and negligent, thereby causing a collision with the Plaintiff.

6. As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious permanent bodily injuries; has experienced and will continue to experience pain and suffering; has lost and may continue to lose wages and earnings; has incurred and may continue to incur medical and other expenses; has been and may continue to be prevented from engaging in normal social and recreational activities; and has suffered and may continue to suffer other damages.

WHEREFORE, Plaintiff, Vonda Coulbourn, demands judgment against said Defendant, Jon Niebes Comon, in the sum of Seven Hundred Fifty Thousand Dollars ($750,000.00).

_____
Deborah L. Potter   #08818
Potter Burnett Law
16701 Melford Blvd, Suite 421
Bowie, MD 20715
(301) 850-7000/fax 301-769-5829
Debbie@PotterBurnettLaw.com

## DEMAND FOR JURY TRIAL

Plaintiffs demand Trial by Jury on all issues herein.

_/s/ Deborah L. Potter_
Deborah L. Potter

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715

301.850.7000